```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 09-61151-CIV-COHN
                                    MAGISTRATE JUDGE P.A. WHITE

JONATHAN HUGHES,                    :

     Plaintiff,                     :

v.                                  :
                                          REPORT OF
SHERIFF AL LAMBERTI, ET AL.,        :   MAGISTRATE JUDGE

     Defendants.                    :
_____
```

The plaintiff Jonathan Hughes, currently incarcerated at the Taylor Correctional Institution, has filed a <u>pro se</u> civil rights complaint pursuant to 42 U.S.C. §1983 for damages. [DE# 1].

The plaintiff names as defendants Broward County Sheriff Al Lamberti; Deputy Sheriff Caleb Ballinger; and Deputy Sheriff Lacerra. The plaintiff alleges that on June 4, 2008 Deputy Lacerra approached him when he was standing on a sidewalk, and searched him by force after the plaintiff refused to consent to a search. He further alleges that Deputy Ballinger and another officer arrived and they searched the plaintiff again without consent and after threatening to take the plaintiff to jail if he didn't cooperate with the search. Deputy Ballinger discovered that the plaintiff was on probation, and he told the plaintiff that it was a policy of the Broward County Sheriff to search anyone on probation at any time.

This is the third case the plaintiff has filed raising claims related to the alleged unconstitutional search on June 4, 2008. A Report is pending recommending that the prior case, Case No. 08-61351-Civ-Moore, be dismissed pursuant to <u>Younger v. Harris</u>, 401 U.S. 37 (1971). The prior complaint did not provide any details

about whether the plaintiff was arrested or charged after the searches. A review of the Broward County court docket on the internet revealed that the plaintiff was a pretrial detainee facing charges for crimes allegedly committed on the date in question. The Report concluded that because state criminal proceedings were pending, the plaintiff had an adequate opportunity to raise his constitutional claims in state court and there were no extraordinary circumstances that warrant federal intervention, this Court should abstain from entertaining the civil complaint. The Report is still pending before the District Court.

The plaintiff filed Objections in the prior case, arguing for the first time that he had two different encounters on June 4, 2008 with the defendants. He states that he was attempting to raise a constitutional claim with regard to the first incident, which is detailed above, for which he was not arrested. He states that the state criminal proceedings relate to his arrest following his second encounter with the defendants on the date in question. Likewise, the instant complaint clarifies that the constitutional claim arises from the plaintiff's first encounter with the deputies, not the second encounter in which he was arrested.

The instant case thus simply raises the same claims pending before the Court in Case No. 08-61351-Civ-Moore, with a clarification that no state criminal proceedings are or were pending with regard to the encounter in which the deputies allegedly engaged in unconstitutional searches. The Complaint in the instant case should be construed as an amendment to the ongoing complaint.

2

Accordingly, it is RECOMMENDED that the instant case be CONSOLIDATED with the ongoing case. Based on the normal practice for the Court to consider the lower-numbered case and dismiss a higher-numbered case, it is recommended that this higher-numbered case, 09-61151-CIV-COHN, be administratively closed, and consolidated with the lower-numbered case, Case No. No. 08-61351-CIV-MOORE.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 30th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Jonathan Hughes, Pro Se
     DC No. L15141
     Taylor Correctional Institution
     8515 Hampton Springs Road
     Perry, FL 32348