UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61151-CIV-COHN

JONATHAN HUGHES,

Magistrate Judge White

Plaintiff,

vs.

SHERIFF AL LAMBERTI, et al.,

Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Report and Recommendation [DE 8] of Magistrate Judge Patrick A. White.  The Court notes that the Petitioner, Jonathan Hughes, has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on November 19, 2009.

Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises.   This Court agrees with the conclusion of the Magistrate Judge that the instant case be  consolidated with the ongoing case, 08-61351-Civ-Moore.  The instant case, as the higher numbered case, shall be administratively closed and consolidated with the lower numbered case, 08-61351-Civ-Moore.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation [DE 8] is hereby

       **ADOPTED**;

2.     The Clerk shall close this case;

3.      Upon acceptance by Judge Moore, this case shall be **CONSOLIDATED** with 08-

61351-Civ-Moore.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 20th day of November, 2009.

JAMES I. COHN
United States District Judge

copies to:

Jonathan Hughes, pro se
DC No. L15141
Taylor Correctional Inst.
8515 Hampton Springs Road
Perry, FL 32348

U.S. District Judge K. Michael Moore

2